(109 So. 759)

**F. G. (alias Lil) MORRISON v. STATE.**
**(6 Div. 764.)**

(Supreme Court of Alabama.　Oct. 14, 1926.)

Certiorari to Court of Appeals.

Pinkney Scott, of Bessemer, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

MILLER, J.　Petition of F. G. (alias Lil)
Morrison for certiorari to the Court of Appeals
to review and revise the judgment and decision
of that court in Morrison v. State, 21 Ala. App.
480, 109 So. 758.
Writ denied.

ANDERSON, C. J., and SAYRE and GARD-
NER, JJ., concur.

━━━━━

(109 So. 764)

**Reuben FERGUSON v. STATE.　(8 Div. 908.)**

(Supreme Court of Alabama.　Oct. 14, 1926.)

Certiorari to Court of Appeals.

O. M. Raines, of Scottsboro, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J.　Petition of Reuben Fergu-
son for certiorari to the Court of Appeals to
review and revise the judgment and decision of
that court in Ferguson v. State, 21 Ala. App.
519, 109 So. 764.
Writ denied.

ANDERSON, C. J., and SAYRE and MIL-
LER, JJ., concur.

━━━━━

(109 So. 763)

**Cicero WOODALL v. STATE.　(7 Div. 684.)**

(Supreme Court of Alabama.　Oct. 14, 1926.)

Certiorari to Court of Appeals.

Isbell & Scott, of Ft. Payne, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

MILLER, J.　Petition of Cicero Woodall for
certiorari to the Court of Appeals to review
and revise the judgment and decision of that
court in Woodall v. State, 21 Ala. App. 514, 109
So. 763.
Writ denied.

ANDERSON, C. J., and SAYRE and GARD-
NER, JJ., concur.

━━━━━

(109 So. 846)

**Ernest S. BRILEY v. STATE.　(5 Div. 956.)**

(Supreme Court of Alabama.　Oct. 14, 1926.)

Certiorari to Court of Appeals.

Denson & Denson, of Opelika, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

MILLER, J.　Petition of Ernest S. Briley
for certiorari to the Court of Appeals to review

and revise the judgment and decision of that
court in Briley v. State, 21 Ala. App. 473, 109
So. 845.
Writ denied.

ANDERSON, C. J., and SAYRE and GARD-
NER, JJ., concur.

━━━━━

(109 So. 845)

**Lewis WADKINS v. STATE.　(8 Div. 907.)**

(Supreme Court of Alabama.　Oct. 21, 1926.)

Certiorari to Court of Appeals.

O. M. Raines, of Scottsboro, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM.　Petition of Lewis Wadkins
for certiorari to the Court of Appeals to re-
view and revise the judgment and decision of
that court in the case of Wadkins v. State, 21
Ala. App. 519, 109 So. 844.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and
BOULDIN, JJ., concur.

━━━━━

(109 So. 886)

**Leon HOLLAND v. STATE.　(4 Div. 303.)**

(Supreme Court of Alabama.　Oct. 21, 1926.)

Certiorari to Court of Appeals.

Farmer, Merrill & Farmer, of Dothan, for
petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM.　Petition of Leon Holland
for certiorari to the Court of Appeals to review
and revise the judgment and decision of that
court in Holland v. State, 21 Ala. App. 520, 109
So. 885.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and
BOULDIN, JJ., concur.

━━━━━

(109 So. 887)

**Jim WOFFORD v. STATE.　(7 Div. 683.)**

(Supreme Court of Alabama.　Oct. 21, 1926.)

Certiorari to Court of Appeals.

Isbell & Scott, of Ft. Payne, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM.　Petition of Jim Wofford for
certiorari to the Court of Appeals to review and
revise the judgment and decision of that court in
Wofford v. State, 21 Ala. App. 521, 109 So. 886.
Writ denied.

SOMERVILLE, GARDNER, THOMAS, and
BOULDIN, JJ., concur.